

# THE ATTORNEY GENERAL
## OF TEXAS

GROVER SELLERS

JO̶H̶N̶ ̶B̶E̶N̶ ̶S̶H̶E̶P̶P̶E̶R̶D̶
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:

Opinion No. 0-7031

Re: Can the heads of the eleemosynary
institutions be reimbursed for their
traveling expenses for amount in ex-
cess of $4.00 per day for meals and
lodging?

We have carefully read and looked into the question raised
by your letter, which reads as follows:

"Please advise whether or not the Head of the
Eleemosynary Institutions may be reimbursed while travel-
ing, for amounts in excess of $4.00 per day for meals and
lodgings.

"This question is being asked for the reason that
the last Legislature changed the wording of the provi-
sions passed by the Forty-eighth Legislature which al-
lowed the various Superintendents their actual expenses."

In our Opinion No. 0-5867 approved March 27, 1944, we
held that under the appropriation bill, as passed in 1943, the su-
perintendents of the eleemosynary institutions, when traveling on
State's business, were not limited to the $4.00 per day for hotel
and lodging. You have a copy of this opinion.

As you state in your letter of inquiry, in 1945 the Leg-
islature changed the appropriation bill, so that it now becomes
necessary for us to interpret the 1945 act relative to the question
asked.

The 1943 appropriation bill for the eleemosynary insti-
tutions, under the heading "general provisions", reads as follows:

"Traveling Expenses. None of these appropria-
tions may be used for traveling outside of the State
of Texas without the advanced written consent of the
State Board of Control * * *; the State Comptroller
shall apply the same rules to the approval and payment

of traveling expenses of all employees except the
superintendent of eleemosynary institutions as he
applies to the expenses of the State departments.
Superintendents' trips shall be as authorized by
the Board of Control."

In the General Provisions attached to the eleemosynary
appropriation bill in 1945, the above portion thereof was changed
to read as follows:

"Traveling Expenses. None of these appropria-
tions may be used for traveling outside of the State
of Texas without the advance written consent of the
State Board of Control * * *. The State Comptroller
shall apply the same rules to the approval and pay-
ment of traveling expenses of all employees as he
applies to such expenses of the State departments.
Superintendents' trips shall be authorized by the
Board of Control."

You will notice that the only change made in the above
matter by the Legislature in 1945 from that contained in the 1943
act is in the phrase "The State Comptroller shall apply the same
rules to the approval and payment of traveling expenses of all em-
ployees except the superintendents of the eleemosynary institutions,
as he applies to such expenses of the State departments."

In the 1945 act the words, "except the superintendents
of the eleemosynary institutions" were eliminated. This clearly
demonstrates, we think, that the Legislature intended for the State
Comptroller to apply as it said the same rules to the approval and
payment of traveling expenses to the superintendents of the insti-
tutions, who, of course, are employees, as is applied to all other
employees working for the various State departments.

The general provisions to the appropriations for the
various State departments relative to traveling expenses of State
employees is embraced in Section 11, page 943-944 of the Acts of
1945; and subsection (g) thereof provides specifically that all
employees traveling at the expense of the State of Texas are limited
to $4.00 per day for meals and lodging.

Since the Legislature has specifically provided that the
State Comptroller shall apply the same rules to the approval and
payment of traveling expenses of all employees for the eleemosynary
institutions as he applies to such expenses of the State departments,
it is our opinion that the superintendents of the eleemosynary in-
stitutions are limited to the $4.00 per day for their lodging and
meals.

Honorable Geo. H. Sheppard - page 3 (O-7031)


        We therefore answer your question that these superintendents can not be reimbursed for the expense of their lodging and meals in excess of the $4.00 per day.

                                          Very truly yours

APPROVED JUL 31, 1946                ATTORNEY GENERAL OF TEXAS

/s/ Carlos C. Ashley

FIRST ASSISTANT                By  /s/ Geo. W. Barcus
ATTORNEY GENERAL                   Geo. W. Barcus
                                        ASSISTANT

GWB-MR-LM


                  APPROVED
                  OPINION
                  COMMITTEE
                BY  /s/ BWB
                  CHAIRMAN